| | | |
|---|---|---|
| HANNAH ULERY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil A. No. |
| | ) | |
| JASON R. RAFFERTY, M.D., JULIE | ) | |
| LYONS, JESSICA FIDALGO | ) | |
| TOUCINHO, ANDREW | ) | |
| SACKETT-TAYLOR and | ) | |
| THUNDERMIST HEALTH CLINIC, | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND:**

1. The United States of America files this Notice of Removal of Case No. PC-2023-05366, presently pending in the Superior Court of the State of Rhode Island, to remove the case to the United States District Court for the District of Rhode Island under 42 U.S.C. § 233(c).

2. Hannah Ulery ("Plaintiff") filed a Second Amended Complaint against Thundermist Health Clinic[1] and its employees Jason Rafferty M.D., Jessica Fidalgo Toucinho and Andrew Sacket-Taylor in the Superior Court of the State of Rhode Island, Case No. PC-2023-05366 on November 12, 2025.[2]

3. The document attached as Exhibit A is a copy of the Second Amended Complaint received by Thundermist Health Center on November 12, 2025. (RI Superior Court Case No. PC-2023-05366).

4. The document attached as Exhibit B is a copy of the state court's online docket

---

[1] The correct name of the Health Center is Thundermist Health Center.

[2] The only proper defendant in an action under the FTCA is the United States. 28 U.S.C §§ 1346, 2671 et seq.

report. (Case No. PC-2023-05366).

5. It does not appear, based upon the papers and a review of the records of this Office, that service of process has been perfected as to the United States Attorney's Office for the District of Rhode Island, as required for service on the United States. *See* Fed. R. Civ. P. 4.

6. Further, it does not appear that service of process has been perfected as to the Department of Health and Human Services ("HHS") and the Attorney General, as required for service on the United States. *See* Fed. R. Civ. P. 4.

7. As background, Hannah Ulery ("Plaintiff") filed a Complaint in Providence Superior Court on October 20, 2023 and an Amended Complaint on October 23, 2023, which were removed to this Court on January 16, 2024 under the Federally Supported Health Centers Assistance Act ("FSHCAA"), 42 U.S.C. § 233. (Case No. 24-cv-24-MSM-PAS, ECF 1).

8. The United States filed a Motion to Dismiss on February 10, 2025, pursuant to Federal Rule of Civil Procedure 12(b)(6) on two grounds: (1) Plaintiff failed to exhaust her administrative remedies by failing to file an administrative claim with HHS before filing suit; and (2) the claims against the federal defendants are time-barred. (Case No. 24-cv-24-MSM-PAS, ECF 19).

9. On September 17, 2025, Judge Mary S. McElroy, U.S. District Judge for the District of Rhode Island, entered an order dismissing the Complaint against the federal defendants without prejudice for Plaintiff's failure to file an administrative claim prior to initiating suit. (Case No. 24-cv-24-MSM-PAS, ECF 25).

10. As Plaintiff admits in her Motion To File Second Amended Complaint in Superior Court for the State of Rhode Island, attached hereto as Exhibit C, "the Proposed Second Amended Complaint is the same as the Amended Complaint . . . with the addition of more

detailed allegations regarding the federal defendants" and attempt to state a personal injury claim against a federally-supported health center and its employees. (RI Superior Court PC-2023-05366, Rule 7 Motion to Amend Complaint, dated Nov. 12, 2025, ¶ 6).

11.     Accordingly, this action is removable to this Court under 42 U.S.C. § 233 because it constitutes a tort claim for personal injury against Thundermist Health Center and its employees.[3]

12.     Under the FSHCAA, the Federal Tort Claims Act ("FTCA") is the exclusive remedy for a plaintiff asserting a personal injury claim against a Public Health Service employee resulting from the performance of medical, surgical, or dental services if the employee was acting within the scope of his employment. 42 U.S.C. § 233(a). (Case No. 24-cv-24, ECF 1).

13.     Such action may be removed pursuant to 28 U.S.C. §§ 1444 and/or 28 U.S.C. 1442.

14.     The state court has not set a trial date. Thus, removal is timely. There is a hearing scheduled on December 4, 2025 on the Rule 7 Motion to Amend the Complaint. *See* 42 U.S.C. § 233(c); *see also* Ex. C.

15.     Notice of removal is being provided this date to Plaintiff and the Clerk of the State of Rhode Island, Providence County Superior Court.

16.     No defenses, including immunity, are waived by the filing of this Notice of Removal.

WHEREFORE, notice is respectfully given that the above-captioned matter is removed to the United States District Court for the District of Rhode Island.

In accordance with 28 U.S.C. § 1446(d), the filing of a copy of this Notice with the Clerk

---

[3] In Civ. A. No. 24-cv-24-MSM-PAS, Zachary A. Cunha filed a Certification on January 11, 2024, attached hereto as Exhibit D.

3

of Court for the Superior Court of the State of Rhode Island shall effect the removal, and the

state court shall proceed no further with respect to this action unless and until the case is

remanded thereto.

Date: November 24, 2025

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

SARA MIRON BLOOM
Acting United States Attorney

*/s/ Leslie J. Kane*
LESLIE J. KANE
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
leslie.kane@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on November 24, 2025, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing ("ECF") system, thereby serving it upon all registered users in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Local Rules Gen 304.

*/s/ Leslie J. Kane*
LESLIE J. KANE
Assistant U.S. Attorney